IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

|  |  |
|---|---|
| IN RE WAL-MART STORES, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master Docket No. 4:12-cv-4041 SOH |
| This Document Relates to: ALL ACTIONS | |

## ORDER

Before the Court is an Unopposed Motion for Consolidation. (ECF No. 37 in Case No. 4:14-cv-4153). On May 25, 2012, the Court entered an order consolidating related actions. ECF No. 12. The order requested counsels' assistance in calling to the Court's attention other cases that might properly be consolidated as part of this Consolidated Action. Defendants[1] now request that a later-filed action, *Austin v. Walton, et al.*, Case No. 4:14-cv-4153 (W.D. Ark.), be consolidated with this Consolidated Action under Fed. R. Civ. P. 42(a).

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. *Austin v. Walton, et al.*, Case No. 4:14-cv-4153 (W.D. Ark.) is consolidated with this Consolidated Action. The lead case is 4:12-cv-4041, and the parties should file any further documents and/or pleadings in the lead case only. The Clerk is directed to file this Order in Case No. 4:12-cv-4041 and Case No. 4:14-cv-4153.

IT IS SO ORDERED, this 23rd day of December, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] In this Order, "Defendants" refers to S. Robson Walton; Michael T. Duke; H. Lee Scott, Jr.; Jim C. Walton; Douglas N. Daft; Roger C. Corbett; Aida M. Alvarez; James W. Breyer; M. Michele Burns; James I. Cash, Jr.; Gregory B. Penner; Steven S. Reinemund; Arne M. Sorenson; Christopher J. Williams; Linda S. Wolf; Eduardo Castro-Wright; and Nominal Defendant Wal-Mart Stores, Inc.